AO 89 (Rev 7/95) Subpoena in a Criminal Case    IN FORMA PAUPERUS

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| PLAINTIFF | SUBPOENA IN A CRIMINAL CASE |
| V. | |
| JACK GRANT JEAKINS, | CASE NUMBER |
| DEFENDANT | CR03-00602 |

TO  Brandon Lawrence

[XX] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>1010 Fifth Avenue<br>Seattle, WA 98104 | Judge Thomas S. Zilly |
| | DATE AND TIME<br>June 16, 2003<br>9 a.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s)

CR 03 00060 *00000061

| U S MAGISTRATE JUDGE OR CLERK OF COURT | | DATE |
|---|---|---|
| **BRUCE RIFKIN** | | |
| (BY) DEPUTY CLERK<br>*Kathleen Parks* | Robert Gombiner<br>1111 Third Avenue, Suite 1100<br>~~Seattle, WA 98101~~<br>(206)553-1100 | JUN 0 5 2003 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | | |
| CLERK, U.S. DISTRICT COURT<br>215 U.S. COURT HOUSE<br>1010 - 5th AVE.<br>SEATTLE, WASHINGTON 98104 | | Issued in Blank |

# United States District Court

Western _____ DISTRICT OF _____ Washington

United States of America,
                Plaintiff

V.

Jack Grant Jeakins,
                Defendant

SUBPOENA IN A
CRIMINAL CASE

CASE NUMBER

CR03-00602

TO    Officer C.E. Simpson # 1224

[x] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>1010 Fifth Avenue<br>Seattle, WA 98104 | Judge Thomas S. Zilly |
| | DATE AND TIME |
| | June 16, 2003 |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s)

| U S MAGISTRATE JUDGE OR CLERK OF COURT<br>**BRUCE RIFKIN**<br>(BY) DEPUTY CLERK<br>*[signature: Kathleen F. Kiss]* | DATE<br>JUN 0 5 2003 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

CLERK, U.S. DISTRICT COURT
215 U.S. COURT HOUSE
1010 - 5th AVE.
SEATTLE, WASHINGTON 98104

Robert Gombiner
1111 Third Avenue, Suite 1100
Seattle, WA 98101
206-553-1100

Issued in Blank

# United States District Court

WESTERN DISTRICT

DISTRICT OF WASHINGTON

United States of America,
Plaintiff

V.

Jack Grant Jeakins,
Defendant

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER
CR03-0060Z

TO  Det. Matt Trafford

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court

| PLACE | COURTROOM |
|---|---|
| United States District Court<br>1010 Fifth Avenue<br>Seattle, WA 98104 | Judge Thomas S. Zilly |
| | DATE AND TIME<br>June 17, 2003 |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s)

| U S MAGISTRATE JUDGE OR CLERK OF COURT | | DATE |
|---|---|---|
| **BRUCE RIFKIN** | | |
| (BY) DEPUTY CLERK *[signature] Kathleen PA[...]* | Robert Gombiner<br>1111 Third Avenue, Suite 1100<br>Seattle, WA 98101 | JUN 0 5 2003 |
| ATTORNEY'S NAME ADDRESS AND PHONE NUMBER | (206) 553-1100 | |

CLERK, U.S DISTRICT COURT
215 U.S. COURT HOUSE
1010 - 5th AVE.
SEATTLE, WASHINGTON 98104

Issued in Blank